To The Clerk Of Said Court:  6/20/22

This is a formal letter to the Clerk of the above Said Court. That, I (an inmate) name.. Eric Jackson. T.D.C.J #02148770 confine at the Coffield Unit under Texas Department Of Criminal Justice.. And under of it's Wardens (i.e. Warden Garcis and DeLapp) of the above Said Unit.

This Complain is being brought to this Court of violations of the above Unit Such as:

(1). Violation of the 8th Amendment of The U.S. Constitution. (i.e: Cruel & Unusual Punishment)

(2). Violation of the 1st Amendment of the U.S. Constitution. (i.e: Freedom of Speech, and rights to freely conduct/worship in religion.)

(3). Violation of the 14th Amendment of the U.S. Constitution. (i.e: Slavery in the Texas State prisons of prisoners without being paid, and forced to work in odd hours.), and

(4). Violation of Prisoners' Human Rights within the prison system under "Common Law", and

(5). A violation of the Land's Laws of the United State (i.e: The Laws of Common Law that the above land abides by under the U.S. Constution of America,

Page 1 of 2

A Violation of a form of Genocide towards prisoners at the above unit (i.e.: The H.H. Coffield Unit).

This is a formal Complaint, and a method of legal law Suits for the above violations that caused the breakdown of:

1. Phycial Breakdowns
2. Mental Health Breakdowns
3. Health Breakdowns, and
4. Emotional Breakdowns Committed by this above unit.

I pray that this Court grants this formal legal Suits being brought to this Court.

Respectfully Submitted,

Eric Jackson

Eric Jackson #2148770
Coffield Unit (F-113B)
2661 Fm 2054
Tenn. Colony, Tx 75884.

Page 2 of 2