IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC JACKSON<br>(TDCJ No. 2148770),<br>V.<br><br>H.H. COFFIELD UNIT | §<br>§<br>§   Civil Action No. 4:22-cv-590-O<br>§<br>§<br>§ |

### FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that all of Plaintiff's claims in this case are **DISMISSED** for lack of prosecution, without prejudice to their being refiled. *See* Fed. R. Civ. P. 41(b).

**SIGNED** this **26th day** of **August, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE