IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIC JACKSON<br>(TDCJ No. 2148770),<br>V.<br><br>H.H COFFIELD UNIT | § § § § § § § | Civil Action No. 4:22-cv-589-O |
| ERIC JACKSON<br>(TDCJ No. 2148770),<br>V.<br><br>H.H COFFIELD UNIT | § § § § § § | Civil Action No. 4:22-cv-590-O |

## ORDER OF DISMISSAL

Under a combined order filed in each of the above-styled and numbered cases on September 14, 2022, Plaintiff Eric Jackson was again[1] ordered to respond and inform the Court if he sought to maintain two separate civil cases, and if so, to submit the applicable in-forma-pauperis (IFP) documents and a complaint form for each case, by no later than **October 14, 2022**. ECF Nos. 9 and 12. The September 14, 2022 order also again included the warning that "failure to timely and completely comply with the Order and Notice of Deficiency in each case by the October 14, 2022 deadline could again result in the dismissal of Plaintiff's claims in either case for lack of prosecution without further notice." *Id.* (citing Fed. R. Civ. P. 41(b) (other citation omitted)). As of the date of this order, however, Jackson has failed to file any document responsive to the Court's order in either case.

---

[1] The Court previously dismissed each case for lack of prosecution on August 26, 2022. Because Jackson submitted correspondence providing reasons for his failure to comply, the Court reopened each case and provided Jackson additional time to comply with a prior deficiency order.

1

As a result, it is **ORDERED** that all of Plaintiff's claims in each of these cases are **DISMISSED** for lack of prosecution, without prejudice to their being refiled. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED** this **31st day** of **October, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**